IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 397

| | |
|---|---|
| RHINEHART RACING, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| S & S CYCLE, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Christopher M. Thomas' Application for Admission to Practice *Pro Hac Vice* of James M. Chadwick. It appearing that James M. Chadwick is a member in good standing with the California State Bar and will be appearing with Christopher M. Thomas, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Christopher M. Thomas' Application for Admission to Practice *Pro Hac Vice* (#9) of James M. Chadwick is **GRANTED**, and that James M. Chadwick is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Christopher M. Thomas.

Signed: March 15, 2013

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge