IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 397

| | |
|---|---|
| RHINEHART RACING, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| S & S CYCLE, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Christopher M. Thomas' Application for Admission to Practice *Pro Hac Vice* of Ryan Hilbert. It appearing that Ryan Hilbert is a member in good standing with the California State Bar and will be appearing with Christopher M. Thomas, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Christopher M. Thomas' Application for Admission to Practice *Pro Hac Vice* (#55) of Ryan Hilbert is **GRANTED**, and that Ryan Hilbert is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Christopher M. Thomas.

Signed: January 24, 2014

_____
Dennis L. Howell
United States Magistrate Judge